# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BRIGHTON COLLECTIBLES, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> BELIEVE PRODUCTIONS, INC., a Colorado corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:15-cv-00579-CAS(ASx) <br><br> **[PROPOSED]** **JUDGMENT** |

## JUDGMENT

Pursuant to the two Special Verdicts rendered by the jury in the above-entitled matter on August 25, 2017 (Docket. Nos. 138 and 142), the Court hereby enters judgment in favor of plaintiff Brighton Collectibles, LLC ("Brighton") and against defendant Believe Productions, Inc. ("Believe") on Brighton's claims for copyright infringement, false designation of origin, and unfair competition.

Believe is liable to Brighton in the amount of $17.57 in actual damages and $161,383.50 in Defendant's profits for a total of $161,401.07 plus post-judgment interest at the statutory rate.

/ / /

1 | The Court defers consideration of any award of attorney's fees and costs and
2 | will amend this judgment, if necessary, following a ruling on any post-trial motion
3 | for relief brought by either party.
4 |     IT IS SO ORDERED.

Dated: October 16, 2017

*/s/ Christina A. Snyder*

Honorable Christina A. Snyder
United States District Court Judge